## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES BRAND** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **DOCKET NO.** |
| | * | |
| **LIBERTY LIFE ASSURANCE** | * | **SECTION " "** |
| **COMPANY OF BOSTON** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **COMPLAINT**

Complainant, **CHARLES BRAND**, a natural person of the full age of majority, domiciled and residing in the Parish of St. Tammany, State of Louisiana, with respect, avers:

I.

Defendant, **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** (hereinafter "Liberty"), is a foreign insurance corporation, having a state other than Louisiana as its state of incorporation and principal business establishment, authorized to do and doing business within this district of the State of Louisiana.

II.

This Court has jurisdiction over this controversy on the grounds of Federal Question Jurisdiction under ERISA.

III.

While an insured under a disability insurance policy issued by **LIBERTY**, during January of 2016, Complainant became, is now and will remain in a continuous state of disability and/or reduced ability to perform his own occupation or secure any gainful occupation due to a combination of medical conditions of avascular necrosis of the left hip requiring total hip replacement and the effects of required medication regimen as well as severe medical issues involving the lumbar spine including severe bilateral foraminal stenosis with bilateral L5 nerve root impingement and foraminal narrowing.

IV.

At all relevant times, in full force and effect was a policy of disability insurance issued by defendant, **LIBERTY**, which insures Complainant and the employee benefits plan ("The Plan") of Complainant's former employer, Raycom Media, Inc., for which Complainant worked at all relevant times in the City of New Orleans, Louisiana, and which entitles Complainant to benefits for the above-described disability.

V.

The Complainant has become, and will remain into the future, disabled within the meaning of The Plan and the disability insurance policy written by **LIBERTY**.

VI.

Defendant, **LIBERTY,** has refused to pay benefits to which Plaintiff is clearly entitled under The Plan, the **LIBERTY** insurance policy and the applicable law.

VII.

Defendant, **LIBERTY**, has violated the applicable statutory, regulatory and jurisprudential law pertaining to consideration of evidence regarding a benefits determination before filing suit.

VIII.

Defendant, **LIBERTY**, has breached its fiduciary duty to the Complainant by refusing to pay the total disability benefits to which he is entitled under The Plan and the disability insurance policy issued by **LIBERTY**.

IX.

The actions of Defendant, **LIBERTY**, constitute arbitrary and capricious failure to pay benefits which are clearly due to the Complainant, despite adequate proof of loss.

X.

The Complainant is entitled to receive total disability benefits as defined by The Plan and the **LIBERTY** insurance policy.

XI.

The Complainant is further entitled to all costs of these proceedings, and attorney's fees from **LIBERTY**, expended by Complainant in pursuit of his claims.

**WHEREFORE**, Complainant, **CHARLES BRAND**, prays for judgment in his favor and against Defendant, **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** for benefits, enforcing his rights and clarifying his rights to future benefits, in such an amount as will fairly and fully compensate Complainant according to law, together with legal interest, costs, and attorney's fees and for all legal and equitable relief as this Court is empowered to grant.

Respectfully Submitted,

S/J. Price McNamara

_____
**J. PRICE McNAMARA (**20291**)**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-201-8313
Attorney for Complainant